UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

ROBERT COTTINGHAM,

    Plaintiff,

-vs-                                          CASE NO.:  5:17-CV-00452-KKC

CITIGROUP, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, ROBERT COTTINGHAM, by and through his undersigned attorneys, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

Dated this 1st day of June, 2018.

                                                        Respectfully submitted,

                                                        */s/Amy Ferrera, Esquire*
                                                        Amy Ferrera, Esquire
                                                        *(Admitted Pro Hac Vice)*
                                                        Florida Bar #:  15313
                                                       **MORGAN & MORGAN, TAMPA,  P.A.**
                                                       201 N. Franklin Street, 7th Floor
                                                       Tampa, FL 33602
                                                       Tele:  (813) 577-4738
                                                       Fax:  (813) 559-4846
                                                       amferrera@forthepeople.com
                                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1st, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent electronic notice of such to all parties of record.

                                              */s/Amy Ferrera, Esquire*
                                              Amy Ferrera, Esquire
                                              (*Admitted Pro Hac Vice*)
                                              Florida Bar #: 15313